FILED

10/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0451

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0451

_____

JOSEPH H. SCHMAUS,

     Plaintiff and Appellant,

  v.

SUSAN DITCHEY-HELLEMS, RANDY AND
CHERYL VUKASIN, Husband and Wife,
GAYLE STUBBLEFIELD, and MARK EVEN
HOPKINS,

     Defendants and Appellees.

O R D E R

_____

Upon Consideration of Appellant Motion for extension of time to file the opening brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 27, 2023, to file his opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 27 2023